**Motion Granted; Dismissed and Memorandum Opinion filed December 4, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00022-CV

### CLAUDIA HARPER, INDIVIDUALLY AND AS INDEPENDENT CO-EXECUTRIX FOR THE ESTATE OF JAMES WESLEY CLERK, JR., AND ALICE CLARK, Appellants

### V.

### KIRBY CORPORATION AND KIRBY INLAND MARINE, L.P., Appellees

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-09913A**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order granting a partial summary judgment signed October 28, 2013, and made appealable by an order of severance signed December 6, 2013. On December 1, 2014, appellants filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Christopher, McCally, and Busby.